IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEREMY FRYDMAN,<br>on behalf of plaintiff and the class defined below,<br><br>                Plaintiff,<br><br>    vs.<br><br>PORTFOLIO RECOVERY<br>    ASSOCIATES, LLC<br><br>                Defendant. | 11 CV 524<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

**TO:** Please see Certificate of Service.

    **PLEASE TAKE NOTICE** that on February 15, 2011 at 11:00 am, we shall appear before the Honorable Blanche M. Manning in Room 2125 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and there present **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**, a copy of which has been filed electronically and is hereby served upon you.

                                         Respectfully submitted,

                                         s/Cassandra P. Miller
                                         Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on January 25, 2011, I caused to be filed the foregoing documents via the CM/ECF System. I caused the foregoing document to be sent to a process server to be served by hand delivery upon the following:

PORTFOLIO RECOVERY ASSOCIATES, LLC
c/o National Registered Agents, Inc.
200 W. Adams Street
Chicago, IL 60606

                                                  s/ Cassandra P. Miller
                                                  Cassandra P. Miller