# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Jeremy Frydman, et al.

                                  Plaintiff,

v.                                                          Case No.: 1:11−cv−00524
                                                                              Honorable Blanche M. Manning

Portfolio Recovery Associates, LLC

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 28, 2011:

      MINUTE entry before Honorable Blanche M. Manning:The plaintiffs joint status report is before the court. Case number 11 C 671 is consolidated for all purposes with this case (11 C 524). The plaintiffs are directed to file a consolidated amended complaint in case number 11 C 524 addressing the claims raised in this case and case number 11 C 671 by 3/8/2011. Status hearing is set for 3/31/2011 at 11:00 AM.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.