**In the United States District Court**
**For the Northern District of Illinois**
**Eastern Division**

| | |
|---|---|
| JEREMY FRYDMAN and SAM MARIN, on behalf of plaintiff and a class of United States citizens<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>11 CV 524<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Jeffrey T. Gilbert |

**Defendant's Motion to Dismiss or Stay on Primary Jurisdiction Grounds**
**and to Strike Allegations in the Complaint**

Defendant Portfolio Recovery Associates, LLC ("PRA"), by and through its attorneys, Robins, Kaplan, Miller & Ciresi LLP, moves the Court for an order dismissing without prejudice or, in the alternative, staying the above-captioned action, pursuant to the doctrine of primary jurisdiction. PRA brings this motion on the grounds that this action raises issues that are the subject of a currently-pending rulemaking proceeding before the Federal Communications Commission ("FCC").

PRA further moves this Court, pursuant to Fed. R. Civ. P. 12(f) to strike the allegations in Plaintiffs' Consolidated Complaint that relate to the Fair Debt Collection Practices Act ("FDCPA") because Plaintiffs fail to assert any such cause of action.

WHEREFORE, based on this Motion and the corresponding Memorandum of Law and Request for Judicial Notice, PRA respectfully moves for dismissal without prejudice, or in the

alternative a stay of the action, and for certain allegations in the Consolidated Complaint to be struck.

Dated: March 18, 2011

                                          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ *Jennifer M. Robbins*

Christopher W. Madel
MN Reg. No. 230297, *admitted pro hac vice*
Denise S. Rahne
MN Reg. No. 331314, *admitted pro hac vice*
Jennifer M. Robbins
MN Reg. No. 0387745, *admitted pro hac vice*
Nicole S. Frank
MN Reg. No. 0388822, *admitted pro hac vice*

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
E-mail: cwmadel@rkmc.com
Email: dsrahne@rkmc.com
E-mail: jmrobbins@rkmc.com
E-mail: nsfrank@rkmc.com

Alexander S. Vesselinovitch (IL 3122893)
Emily Prentice (IL 6277643)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Telephone: 312-902-5200
Facsimile: 312-902-1061
Email: avesselinovitch@kattenlaw.com
Email: emily.prentice@kattenlaw.com

*Attorneys for Defendants Portfolio Recovery Associates, LLC*