IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY FRYDMAN, and<br>SAM MARIN<br>on behalf of plaintiffs and the class defined<br>below, | )<br>)<br>)<br>) | 11 CV 524 |
| Plaintiffs, | )<br>) | Judge Blanche M. Manning |
| vs. | )<br>) | Magistrate Judge Jeffrey T. Gilbert |
| PORTFOLIO RECOVERY<br>    ASSOCIATES, LLC | )<br>)<br>) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

Ainat Margalit, an attorney, respectfully requests that this Court withdraw her appearance as counsel for plaintiff in this matter. The undersigned initially filed an appearance for plaintiff Sam Marin in *Marin v. Portfolio Recovery Associates, LLC*, Case No. 11-cv-00671 (Judge Manning), which was subsequently consolidated under this case. On March 4, 2011 the undersigned filed an appearance for plaintiff Sam Marin in the consolidated case. In support of this motion, the undersigned states:

1. Ainat Margalit is leaving the employment of the Keogh Law, Ltd., the firm representing plaintiff in this matter.

2. Keith J. Keogh and Craig Shapiro of the Keogh Law, Ltd., will remain as counsel for plaintiff.

WHEREFORE, Ainat Margalit requests that the Court grant leave to withdraw her appearance as counsel in this matter.

Respectfully submitted,

/s/ Ainat Margalit

Keith J. Keogh
Craig Shapiro
Keogh Law, Ltd.
101 N. Wacker Dr. Ste. 605
Chicago, IL 60606
(312) 726-1092
(312) 726-1093 (fax)