# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY FRYDMAN, and <br> SAM MARIN <br> on behalf of plaintiffs and the class defined below, | ) <br> ) <br> ) <br> ) | 11 CV 524 |
| Plaintiffs, | ) <br> ) | Judge Blanche M. Manning |
| vs. | ) <br> ) | Magistrate Judge Jeffrey T. Gilbert |
| PORTFOLIO RECOVERY <br>     ASSOCIATES, LLC | ) <br> ) <br> ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**To:**   ECF Service List

    **PLEASE TAKE NOTICE** that on August 25, 2011, at 9:15 a.m., I shall appear before the Honorable Judge Jeffrey Gilbert in Room 1386 of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present an **AMENDED MOTION FOR CLASS CERTIFICATION,** a copy of which has been filed today with the ECF system for the Northern District of Illinois.

                                          Respectfully submitted,

                                          /s/ Timothy Sostrin

Keith J. Keogh  
Craig Shapiro  
Timothy Sostrin  
Keogh Law, LTD  
101 N Wacker Drive, Suite 605  
Chicago, IL 60606  
312.726.1092/312.726.1093 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that on August 19 2011, I caused a true and correct copy of the foregoing to be served upon the counsel of record via electronic to ECF service List:

                                          /s/ Timothy Sostrin