**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Jeremy Frydman, et al.
                              Plaintiff,

v.                                                            Case No.: 1:11−cv−00524
                                                              Honorable Jeffrey T. Gilbert

Portfolio Recovery Associates, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 19, 2011:

      MINUTE entry before Honorable Jeffrey T. Gilbert: The Court sua sponte resets the hearing on Plaintiffs' Amended Motion for Class Certification [69] to 9/1/11 at 9:15 a.m. Hearing set for 8/25/11 at 9:15 a.m. is stricken. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.