

# United States District Court
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

December 30, 2011

Edward J. Schwartz Federal Building
880 Front Street, Suite 4290
San Diego, CA 92101

RE: Frydman v. Portfolio Recovery Associates, LLC
MDL No. MDL 2295
USDC Case No. 11-cv-00524

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 12/21/2011 **Pursuant to MDL Order case: 2295**

- was electronically transmitted to USDC for the Southern District of California

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: /s/ Melissa Rivera
Deputy Clerk

Enclosures

New Case No. _____  Date _____
cc:   Non-ECF Attorneys and Pro se Parties